1
2
3
4
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| TRACY BETHEA, | ) No. EDCV 05-1168 DOC (FFM) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| V.F. SALAZAR, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  September 23, 2008

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge